UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**ADELAIDA HOFMANN**                               Case Number 04-17547BKC-AJC
SSN XXX.XX.5899                                    Chapter 13

      Debtor.
_____/

## DEBTOR'S MOTION TO DEEM VISTA DEL LAGO CONDOMINIUM ASSOCIATION CURED BY CHAPTER 13 PLAN

According to the Trustee's records, the Debtor has paid, and the Trustee has Disbursed, all arrears and regular on-going payment to Vista Del Lago Condominium Association ("Vista") (the "Association") pursuant to the terms of the last confirmed plan. The last confirmed plan provided for arrears in the total amount of $800.06 and regular on-going payments in the amount of $6,600.00. Since the Trustee's records reflect these payments are completed, the association debt to Vista should be deemed current as of August 2009.

**THE ASSOCIATION SHALL FILE ANY OBJECTION TO THE STATUS OF THE ASSOCIATION DEBT AS CURRENT NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.**

All parties wishing to be heard shall appear at the scheduled hearing. If there is a dispute as to the status of the Assocaition, the court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via ECF & Regular U.S. Mail, on this **3**$^{rd}$ day of **September 2009** to all parties listed below.

Page 2.

| Nancy N. Herkert, Esq<br>Via ECF | Vista Lago Condominium Association<br>C/o Timberlake Management<br>7953 NW 53rd Street<br>Miami, Florida 33166 | Vista Del Lago Condominium Association<br>C/o Tower Management Service, Inc<br>900 W. 49th Street, Suite# 220<br>Hialeah, Florida 33012 |
|---|---|---|
| Vista Del Lago I Condominium Association, Inc<br>C/o Magaly Alvarez, Registered Agent<br>9917 W. Okeechobee Rd #4-412<br>Hialeah, Florida 33016 | Vista Del Lago I Condominuim Association, Inc<br>2150 West 68th Street, Suite# 205<br>Hialeah, Florida 33016 | |

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br><br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | SANDRA NAVARRO-GARCIA, P.A.<br>Counsel for the Debtor<br>6337 SW 40th Street<br>Miami, Florida 33155<br>E-MAIL: SNG@.SNGLAW.NET<br>Telephone: 305-667-5103<br>Facsímile: 305-667-5106<br>***/s/ Sandra Navarro-Garcia***<br>Sandra Navarro-Garcia, Esq., FBN 188735 |