

## ORDERED in the Southern District of Florida on September 29, 2009.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

**ADELAIDA HOFMANN**                    Case Number 04-17547-BKC-AJC
SSN XXX.XX.5899                          Chapter 13
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO DEEM
### VISTA LAGO CONDOMINIUM ASSOCIATION CURED BY CHAPTER 13 PLAN

**THIS CAUSE** came before the court on September 24, 2009 at 10:00 A.M. on *Debtor's Motion to Deem Vista Lago Condominium Association Cured by Chapter 13 Plan*, and based on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. The Debtor's *Motion to Deem Association of Vista Lago Condominium Association* is **GRANTED**.

2. The Debtor's Association, V*ista Lago Condominium Association* ("VISTA") has been cured by completion of the Chapter 13 Plan so that the Debtor is current with VISTA as of month 60, August 2009 of the Chapter 13 Plan.

4.	Any amounts for charges, fees or expenses that VISTA may allege the Debtor owes as of the date of the discharge in connection with any default or otherwise, that has not been approved by this Court through the allowance of the Claim of VISTA or otherwise, shall be deemed cured by completion of the plan and therefore cancelled and discharged by the discharge order.

5.	Any attempt to collect any of these discharged charges, fees or expenses shall be deemed to be a willful violation of the discharge injunction and contempt of the Orders of this court.

6.	VISTA shall accept the payments of the Debtor due as of September, 2009 and. VISTA shall restore the account of the Debtor in all aspects, including but not limited to internet access to account information, account payments, and providing monthly coupon statements or other form of monthly reminder as done in the normal course of business.

### 

Copy to: sng@snglaw.net
Sandra Navarro-Garcia, Esq., 6337 SW 40th Street, Miami, FL  33155  .
Attorney Garcia is directed to serve a copy of this order on all interested parties immediately upon receipt.