

ORDERED in the Southern District of Florida on DEC 0 2 2009



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Adelaida Hofmann

Debtor(s)

Case No: 04-17547-BKC-AJC
Chapter: 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Dilks & Knopik, LLC on behalf of Vista Del Lago I Condominium Association, Inc. and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1 (D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Vista Del Lago I Condominium Association, Inc. and, if applicable, the "funds locator" or attorney submitting the application the sum of $2,804.30 now held as unclaimed funds in the treasury for the original claimant Vista Del Lago COA.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

Copies to:
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: gutierrez              Page 1 of 1              Date Rcvd: Dec 03, 2009
Case: 04-17547                 Form ID: pdf004              Total Noticed: 2
```

The following entities were noticed by first class mail on Dec 05, 2009.
```
intp         +Dilks & Knopik LLC,   28431 SE Preston Way,   Issaquah, WA 98027-8857
             +Vista Del Lago I Condo Assoc Inc,  c/o Neighborhood Property Management Inc,   2150 W 68 St #205,
               Haileah, FL 33016-1802
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2009**               **Signature:**   _Joseph Speetjens_